IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


JOSEPH W. MAY
ADC # 100355                                                    PLAINTIFF


v.                           No. 1:13-cv-113-DPM-HDY


JOHN MAPLES, JR., Former Warden, Grimes
Unit; RICHARD L. GUY, Former Warden,
Grimes Unit; JONATHAN PICKERING,
Lieutenant/Correctional Officer, Grimes Unit;
PAUL BURNSIDE, Sergeant/Correctional
Officer, Grimes Unit; JEFFREY RIZER,
Sergeant/Correctional Officer, Grimes Unit;
ANTONIO GARCIA, Sergeant/STTG Gang
Coordinator, Grimes Unit; CHAD DAVIS,
Sergeant/Correctional Officer/Armory, Grimes
Unit; JAMES HILL, Sergeant/Correctional
Officer, Grimes Unit; RYAN HENNESSEY,
Sergeant/Correctional Officer/Seg-Supervisor,
Grimes Unit; CALVIN FORD, Corporal/
Correctional Officer, Grimes Unit; TREVOR
STEVENSON, Correctional Officer, Grimes
Unit;  ARIC SIMMONS, Nurse (APN)/Health
Services, Grimes Unit; ALFREDO ANTE,
Correctional Officer (CO-I), Grimes Unit;
RICKY JEFFREY, Grievance Coordinator,
Grimes Unit; RICHARD RIKER, Health
Services, Grimes Unit; BETTY HUTCHINSON,
(APN), Provider of Health Services, Grimes
Unit; MARRIE PETTY, Nurse (LPN), Health
Services, Grimes Unit; JANA CROWELL,
Nurse (LPN), Health Services, Grimes Unit;

AUDREY WEEKLY, Warden, Grimes Unit;
and CHRISTOPHER T. BUDNIK, Deputy
Warden, Grimes Unit                              **DEFENDANTS**

## ORDER

Unopposed recommendation, № 29, adopted.  FED. R. CIV. P. 72(b)(3)

(1983 addition to advisory committee notes).  May's motion to amend, № 26,

granted.    May's  claims  against  Guy,  Weekly,  Budnik,  Pickering,  Hill,

Hennessey, Riker, Hutchinson, Simmons, and Crowell are dismissed without

prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

28 February 2014